THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE, *v.* STALL,
APPELLEE AND CROSS-APPELLANT, ET AL., CROSS-APPELLANTS.

[Cite as *State v. Stall,* 128 Ohio St.3d 501, 2011-Ohio-1960.]

(No. 2010–2264—Submitted April 5, 2011—Decided April 27, 2011.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The discretionary cross-appeal is not accepted.

{¶ 3} The portion of the judgment of the court of appeals addressing cross-appellants' assignment of error below is vacated as to appellee and cross-appellant Stall only on the authority of *State v. Johnson,* 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson.*

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would not accept the discretionary appeal.

Stanley Flegm, Crawford County Prosecuting Attorney, and Clifford J. Murphy, Assistant Prosecuting Attorney, for appellant and cross-appellee.

Starkey & Stoll, Ltd., and Geoffrey L. Stoll, for appellee and cross-appellants.